No. 02–6934. BULLARD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6935. ALLEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6936. BURTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6943. HICKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6948. HERD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6958. HICKMAN v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–6968. GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6987. HEDGEWOOD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–7002. HUNTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–396. DEY, L. P., ET AL. v. ABBOTT LABORATORIES ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–6370. ROTSCHAFER v. KAISER FOUNDATION HEALTH PLAN OF GEORGIA, INC. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–6455. LOVING v. TRENTS FLYING SERVICE. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–419. GERBER v. HICKMAN, WARDEN. C. A. 9th Cir. Motion of Pechanga Band of Luiseno Mission Indians for leave to file a brief as *amicus curiae* granted. Certiorari denied.